**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOPE PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-00416- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 12) |

Hope Perez and Carolyn Colvin, Acting Commissioner of Social Security, stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (*See* Doc. 12)

Pursuant to the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's social security appeal is **DISMISSED WITH PREJUDICE**; and
2. The Clerk of Court **IS DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **November 28, 2016**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE